UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-14354-ROSENBERG/LYNCH

| | |
|---|---|
| 122LX, LLC, a Delaware limited liability company | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SPECTRA JET, INC., an Ohio corporation, and THE ST. LUCIE COUNTY SHERIFF'S OFFICE, | ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF
DOCUMENTS OFFERED IN SUPPORT OF PLAINTIFF'S
<u>AMENDED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION</u>**

Pursuant to Federal Rule of Evidence 201, Plaintiff, 122LX, LLC ("122LX"), requests that the Court take judicial notice of certain documents described below and offered in support of Plaintiff's Amended Emergency Motion for Preliminary Injunction. In support, 122LX states:

1. On August 16, 2016, 122LX filed its Amended Emergency Motion for Preliminary Injunction (ECF No. 12).

2. The Court's paperless order (ECF No. 15) set for hearing on August 22, 2016, at 9:30 a.m., Plaintiff's Amended Emergency Motion for Preliminary Injunction.

3. In connection with its Amended Emergency Motion for Preliminary Injunction, 122LX requests that the Court take judicial notice of:

    (a) clerk's docket report, all pleadings, and all other documents filed in *Spectra Jet Inc. v. Caliber Jet LLC,* Case No.:14CV-0764, Court of Common Pleas, Clark

County, Ohio, certified copies of which are attached as Exhibits A-1 – A-15 hereto and described below as:

| Exhibit | Description of Documents |
|---|---|
| A-1 | Ohio Clerk's Docket Report |
| A-2 | 2016-08-05 Receipt to Berger Singerman LLP for Certified copies of court file |
| A-3 | 2016-03-14 Amended Order and Entry for Default Judgment |
| A-4 | 2016-03-04 Plaintiff's Motion to Amend Default Judgment Entry |
| A-5 | 2016-02-01 Order to Allow Sheriff to Forcibly Enter Property |
| A-6 | 2016-01-26 Request for Order to Allow Sheriff to Forcibly Enter Property |
| A-7 | 2015-09-02 Entry (Order Granting Plaintiff's Motion for Default Judgment) |
| A-8 | 2015-08-19 Account Affidavit of Michael Catherwood |
| A-9 | 2015-06-04 Account Affidavit of W. Vincent Rakestraw, Esq. |
| A-10 | 2015-05-21 Plaintiff's Motion for Default Judgment |
| A-11 | 2015-01-13 Failure of Service Notice (122LX, LLC) |
| A-12 | 2015-01-06 Failure of Service Notice (Marquis Air, LLC) |
| A-13 | 2014-12-29 Certified Mail Return Receipt to Caliber Jet, LLC |
| A-14 | 2014-12-22 Praecipe |
| A-15 | 2014-12-17 Complaint |

(b) clerk's docket report, all pleadings, and all other documents filed in *Spectra Jet Inc. v. Caliber Jet LLC,* Case No.: 2016-CA-002577, County Court of the Ninth

Judicial Cicuit in and for Orange County, Florida, attached as Exhibits B-1 – B-10 hereto and described below as:

| Exhibit | Description of Documents |
|---|---|
| B-1 | Florida Clerk's Docket Report |
| B-2 | 2016-08-03 Preston J. Fields' Notice of Appearance on behalf of Defendant [Caliber Jet] and Designation of E-Mail Address |
| B-3 | 2016-06-07 Execution Writ [to levy property of Caliber Jet] |
| B-4 | 2016-05-04 Correspondence of Clerk to Rakestraw re proposed Writ may not be issued |
| B-5 | 2016-04-28 Correspondence of Clerk to Rakestraw re Proposed Writ may not be issued |
| B-6 | 2016-04-08 Certified Mail Receipt addressed to Caliber Jet |
| B-7 | 2016-03-24 Return Letter for Insufficient Funds |
| B-8 | 2016-03-24 Notice of Recording Foreign Judgment |
| B-9 | 2016-03-24 Affidavit in Support of Foreign Judgment |
| B-10 | 2016-03-24 Letter to clerk transmitting documents |

(c)     The newspaper clipping of the date and time of public sale, attached as Exhibit C hereto.

4.     A federal court may take judicial notice, under Federal Rule Evidence 201, of its own records, state court pleadings, judgments and other court documents, as well as documents in the official public records or newspaper articles. *See, e.g., United States v. Jones,* 29 F.3d 1549, 1553 (11th Cir. 1994); *Colonial Leasing Co. of New England, Inc. v. Logistics Control Group Int'l,* 762 F.2d 454, 459-460 (5th Cir. 1985); *Coney v. Smith,* 738 F.2d 1199 (5th Cir. 1984) (citing *Moore v. Estelle,* 526 F.2d 690, 694 (5th Cir. 1976); *Paul v. Dade County,*

*Florida,* 419 F.2d 10, 12 (5th Cir. 1969)[1]; *Harley v. Health Center of Coconut Creek,* 518 F. Supp. 2d 1364, 1369, n.2 (S.D. Fla. 2007); *Mehlar Corp. v. City of St. Louis, Missouri,* 530 F. Supp. 85 (E.D. Mo. 1981); *U.S. ex rel. Osheroff v. Humana Inc.*, 776 F.3d 805, 812 (11th Cir. 2015)(newspaper articles the proper subject of judicial notice).  There is no reason why such would be inappropriate here.

WHEREFORE, Plaintiff, 122LX, LLC, respectfully requests that the Court take Judicial Notice of the aforementioned documents for the August 22, 2016 hearing on Plaintiff's Amended Emergency Motion for Preliminary Injunction, and requests other and further relief that the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that I have made reasonable efforts to confer with counsel for Defendant St. Lucie County Sheriff's Office and counsel for Defendant Spectra Jet, Inc., by email correspondence at 7:48 p.m. on August 19, 2016, but have not heard any response.

---

[1] Per *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (5th Cir. 1991) (en banc), decisions of the Fifth Circuit Court of Appeals before September 30, 1981, arising from Georgia and Florida are precedential within the Eleventh Circuit.

4

DATED:  August 19, 2016.                   BERGER SINGERMAN, LLP
                                           *Attorneys for Plaintiff 122LX, LLC*
                                           One Town Center Road, Suite 301
                                           Boca Raton, FL  33486
                                           Tel:  (561) 241-9500;  Facsimile:  (561) 998-0028

                                           By: /s/ Jonathan F. Claussen
                                                  Donald J. Hayden
                                                  Fla. Bar. No. 097136
                                                  Jonathan F. Claussen
                                                  Fla. Bar No. 0829501
                                                  dhayden@bergersingerman.com
                                                  jclaussen@bergersingerman.com
                                                  drt@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2016 a true and correct copy of the foregoing was filed through CM/ECF and served by electronic mail and U.S. Mail on all counsel or parties on the service list below.

St. Lucie County Sheriff's Office
c/o Adam Fetterman, Esq.
4700 W. Midway Rd.
Fort Pierce, FL 34987
Fettermana@stluciesheriff.com
Lavallec@stluciesheriff.com
eservice@stluciesheriff.com


Spectra Jet, Inc.
c/o W. Vincent Rakestraw, Esq.
4930 Reed Road, Suite 200
Columbus, OH 43220
vrakestraw@aol.com

Spectra Jet, Inc.
5826 Blue Sky Drive
Springfield, OH 45502

                                           By: /s/ Jonathan F. Claussen, Esq.
                                                  Jonathan F. Claussen, Esq.
                                                  Florida Bar # 829501

7321824-1