# EXHIBIT A-1

## Case Summary

14CV0764 - SPECTRA JET INC vs. CALIBER JET LLC et al.

**Case Type:** OTHER CIVIL **Case Status:** CLOSED

**File Date:** 12/17/2014

### Case Parties

| Party Name | Role Type |
|---|---|
| 122LX LLC | DEFENDANT since 12/17/2014 |
| CALIBER JET LLC | Prim. DEFENDANT since 12/17/2014 |
| MARQUIS AIR LLC | DEFENDANT since 12/17/2014 |
| RICHARD J. O'NEILL | JUDGE since 12/17/2014 |
| SPECTRA JET INC | Prim. PLAINTIFF since 12/17/2014 |
| W. VINCENT RAKESTRAW | ATTORNEY since 12/17/2014 representing: S |

Parties associated to case

### Party Attorneys

| Attorney | Representing | Since |
|---|---|---|
| W. VINCENT RAKESTRAW | SPECTRA JET INC | 12/17/2014 |

Party attorney representation

### Party Charges

| Date | Charge | Degree of Offense | Charge Language |
|---|---|---|---|
| No records found. | | | |

Charges associated to case parties

### Scheduled Events

| Date | Time | Event Type | C |
|---|---|---|---|
| No records found. | | | |

Case Scheduled Events

### Service

| Service Issued | Method | Address | Issued By | Status | Status Date | Tracking No |
|---|---|---|---|---|---|---|
| No records found. | | | | | | |

Document Service for case.

### Document filed for case and case docket.                                    Display/All

Scroll Down to Load More documents/dockets

**Date Received:** 03/14/2016 **Description:** FINAL RECORD

**Text:** FINAL RECORD

**Date Received:** 03/14/2016 **Description:** JUDGMENT ENTRY---JUDGMENT GRANTED IN FAVOR OF

**Text:** JUDGMENT ENTRY---PLTF IS GRANTED JUDGMENT AGAINST DEFT CALIBER JET LLC IN THE SUM OF $130,987.54 PLUS INTEREST AND COSTS

**Date Received:** 03/04/2016 **Description:** MOTION FILED

**Text:** MOTION OF PLTF TO AMEND DEFAULT JUDGMENT ENTRY FILED Attorney: RAKESTRAW, W. VINCENT (21958)

**Date Received:** 02/01/2016 **Description:** ENTRY

**Text:** ORDER---SHERIFF OF LORAINE COUNTY IS AUTHOTRIZED TO FORCIBLY ENTER THE PREMISES AS PER SET FORTH

**Date Received:** 01/26/2016 **Description:** MOTION FILED

**Text:** PLTF'S REQUEST FOR ORDER TO ALLOW SHERIFF TO FORCIBLY ENTER PROPERTY AND EXECUTE UPON PROPERTY FILED Attorney: RAKESTRAW, W. VINCENT (21958)

**Date Received:** 11/06/2015 **Description:** 100% TO CLERK FEE

**Text:** 100% TO CLERK FEE--FAX TO W VINCENT RAKESTRAW ESQ

**Date Received:** 09/02/2015 **Description:** ENTRY

**Text:** ENTRY---PLTFS MOTION FOR DEFAULT JUDGMENT IS GRANTED

**Date Received:** 08/19/2015 **Description:** NOTICE OF

**Text:** ACCOUNT AFFIDAVIT FILED

**Date Received:** 06/04/2015 **Description:** AFFIDAVIT

**Text:** ACCOUNT AFFIDAVIT FILED

**Date Received:** 05/21/2015 **Description:** MOTION FILED

**Text:** MOTION OF PLTF FOR DEFAULT JUDGMENT FILED Attorney: RAKESTRAW, W. VINCENT (21958)

**Date Received:** 01/13/2015 **Description:** FAILURE OF SERVICE

**Text:** FAILURE OF SERVICE NOTICE ISSUED TO ATTORNEY FAILURE OF SERVICE Sent on: 01/13/2015 08:46:35

**Date Received:** 01/09/2015 **Description:** CERT MAIL ENVELOPE RETURNED FOR:

**Text:** CERTIFIED MAIL ENVELOPE RETURNED FOR: 122LX LLC @ 159 CROCKER PARK BLVD STE 400/44145 - ATTEMPTED NOT KNOWN

**Date Received:** 01/06/2015 **Description:** FAILURE OF SERVICE

**Text:** FAILURE OF SERVICE NOTICE ISSUED TO ATTORNEY FAILURE OF SERVICE Sent on: 01/06/2015 09:18:51

**Date Received:** 01/02/2015 **Description:** CERT MAIL ENVELOPE RETURNED FOR:

**Text:** CERTIFIED MAIL ENVELOPE RETURNED FOR: MARQUIS AIR LLC @ 16192 COASTAL HWY/19958 - REFUSED

**Date Received:** 12/29/2014 **Description:** CERTIFIED MAIL RECEIPT RETURNED SIGNED FOR:

**Text:** CERTIFIED MAIL RECEIPT RETURNED SIGNED FOR: CALIBER JET LLC @ 30700 CENTER RIDGE RD/44145 DOD: 12.24.14 /S/ A JOOPLS ? ILLEGIBLE

**Date Received:** 12/22/2014 **Description:** POSTAGE FEE

**Text:** POSTAGE FEE

**Date Received:** 12/22/2014 **Description:** CERT MAILER(S) ISSUED

**Text:** CERT MAILER(S) ISSUED Receipt: 204330 Date: 11/19/2015

**Date** REQUEST FILED AND SUMMONS WITH COPY OF COMPLAINT AND

**Received:** 12/22/2014  **Description:** ACCOMPANYING DOCUMENTS ISSUED BY CERT MAIL FOR SERVICE UPON

**Text:** REQUEST FILED AND SUMMONS WITH COPY OF COMPLAINT WITH EXHIBIT ISSUED BY CERT MAIL FOR SERVICE UPON DEFTS

---

**Date Received:** 12/17/2014  **Description:** DEPOSIT RECEIVED

**Text:** DEPOSIT RECEIVED

---

**Date Received:** 12/17/2014  **Description:** LEGAL AID FUND

**Text:** LEGAL AID FUND Receipt: 191379 Date: 12/17/2014

[Display More]

Document filed for case and case docket.