# EXHIBIT A-2

# RON VINCENT, CLARK COUNTY CLERK OF COURTS

Receipt

## RON VINCENT, CLERK OF COURTS
## 101 N LIMESTONE ST, SPRINGFIELD, OH 45502
## (937) 521-1680

| | |
|---|---|
| Receipt Date: | 08/05/2016 |
| Receipt Number: | 1201-RCPT-3325 |
| Case Number: | |
| Case Caption: | |
| Judge: | |
| Payer: | BERGER SINGERMAN LLP |
| On Behalf Of: | |
| Payment Type: | CHECK |
| Reference Number: | 1006 |
| Total Amount: | $47.00 |
| Amount Tendered: | $47.00 |
| Deposit: | $.00 |
| Change: | $.00 |
| Outstanding Amount: | $.00 |
| Cashier: | DENISE |
| Transaction Date: | 08/05/2016 |