# EXHIBIT A-3

IN THE CLARK COUNTY COURT OF COMMON PLEAS, OHIO
CIVIL DIVISION

SPECTRA JET, INC.,

    PLAINTIFF,

VS.

CALIBER JET LLC, ET AL.,

    DEFENDANT.

CASE NO.: 14 CV 0764

JUDGE: RICHARD J. O'NEILL

## AMENDED ORDER AND ENTRY FOR DEFAULT JUDGMENT

Upon due consideration, the Court finds that Plaintiff's Motion for Default Judgment is well taken, and that the Defendant has failed to file an answer or otherwise defend this case, and that the Defendant is therefore in default. Accordingly, it is hereby ordered that Plaintiff's Motion for Default Judgment is GRANTED as to each count of the complaint.

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff recover against Defendant for the sum of $130,987.54, plus court costs and plus interest thereon at the statutory rate of 3% from the date of this Entry.

FINAL APPEALABLE ORDER

_____
DATE

_____
RICHARD J. O'NEILL, JUDGE

CERTIFIED COPY
Aug 5_____, 16 Certified a
Order____ Filed Mar 14, 16
_____ Clerk
Common Pleas Court, Clark County Ohio
By _____, Deputy

JOURNALIZED
MAR 17 2016
RON VINCENT
CLERK OF COURTS