# EXHIBIT A-4

**IN THE CLARK COUNTY COURT OF COMMON PLEAS, OHIO**
**CIVIL DIVISION**

2016 MAR -4  AM 10: 41

| | |
|---|---|
| SPECTRA JET, INC., | |
| PLAINTIFF, | CASE NO.: 14 CV 0764 |
| VS. | JUDGE: RICHARD J. O'NEILL |
| CALIBER JET LLC, ET AL., | |
| DEFENDANT. | |

### PLAINTIFF'S MOTION TO AMEND DEFAULT JUDGMENT ENTRY

Now comes the Plaintiff, by and through undersigned counsel, and hereby moves this Court to amend the Default Judgment Entry that was signed by Judge O'Neill on September 2, 2015. The judgment is being transferred to Orange County, Florida, and the entry lacks the requisite information needed by the Orange County Clerk of Courts.

*WHEREFORE*, Plaintiff requests the Court to amend the entry for default judgment. A proposed entry is attached herewith.

Respectfully Submitted,

W. Vincent Rakestraw (0021958)
4930 Reed Road Ste. 200
Columbus, OH 43220
(614) 457-7700
Fax: (614) 457-7878
vrakestraw@aol.com
*Counsel for Defendant*

CERTIFIED COPY
Aug 5 , 16 Certified a
Motion Filed Mar 4 , 16
Clerk
Common Pleas Court, Clark County Ohio
By _____, Deputy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the forgoing was served upon the following parties, via regular U.S. Mail, on this the ____ day of March, 2016 at the following address:

Caliber Jet LLC,
30700 Center Ridge Road
Westlake, Ohio 44145

_W. Vincent Rakestraw_ (signature)
W. Vincent Rakestraw