# EXHIBIT A-5

IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
CIVIL DIVISION

Spectra Jet Inc.,

    Plaintiff,

vs.

Caliber Jet LLC,

    Defendant.

Case No.: 14-CV-0764

Judge: Richard J. O'Neill

## ORDER TO ALLOW SHERIFF TO FORCIBLY ENTER PROPERTY

The Court, upon review of Plaintiff's request for an Order to allow Sheriff of Lorain County to forcibly enter property, finds the request to be well taken therefore

IT IS HEREBY ORDERED that the Sheriff of Lorain County is authorized to forcibly enter the premises designated in Plaintiff's writs of execution for the purpose of seizing, levying, inventorying and/or appraising the property in the control of defendant as set forth in said writs of execution filed herein.

IT IS SO ORDERED.

_____
Honorable Richard J. O'Neill    Date

CC:

Vincent Rakestraw
4930 Reed Road, Ste. 200
Columbus, OH 43220

Caliber Jet LLC
330700 Center Ridge Road
Westlake, OH 44145

JOURNALIZED FEB 08 2016

RON VINCENT CLERK COMMON PLEAS COURT CLARK COUNTY OHIO

FILED 2016 FEB -1 AM 8:44

CERTIFIED COPY
Aug 5, 16 Certified a
Order Filed Feb 1, 16
Clerk
By _____, Deputy
Common Pleas Court, Clark County Ohio