# EXHIBIT A-6

## IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
### CIVIL DIVISION

| | |
|---|---|
| Spectra Jet Inc., | |
| Plaintiff, | Case No.: 14-CV-0764 |
| vs. | Judge: Richard J. O'Neill |
| Caliber Jet LLC, | |
| Defendant. | |

### REQUEST FOR ORDER TO ALLOW SHERIFF TO FORCIBLY ENTER PROPERTY AND EXECUTE UPON PROPERTY

Now comes Plaintiff, by and through the undersigned counsel, and states that on September 2, 2015, plaintiff obtained judgment against defendant in the amount of $130,987.54 plus accrued late charges plus interest of 3% per annum from December 16, 2013 until paid in full.

Subsequent to the judgment date, Plaintiff filed Praecipe for Writ of Execution with this Court. The Sheriff of Lorain County requires that Plaintiff obtain an order allowing the Sheriff to enter the property for the purpose of seizing, levying, inventorying, and/or appraising the property as set forth in the writ of execution.

Respectfully submitted,

W. Vincent Rakestraw (0021958)
4930 Reed Road, Suite 200
Columbus, Ohio 43220
Telephone: (614) 457-7700
Fax: (614) 457-7878
Attorney for Plaintiff

CERTIFIED COPY
Aug 5 , 16 Certified a
Request Filed Jan 26 , 16
Clerk
By _____, Deputy
Common Pleas Court, Clark County Ohio

FILED 2016 JAN 26 AM 10: 43
RON VINCENT CLERK
COMMON PLEAS COURT
CLARK COUNTY

Case 2:16-cv-14354-RLR Document 18-6 Entered on FLSD Docket 08/19/2016 Page 3 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the forgoing _Req. for sheriff to enter_ was served upon the Defendant, via _via US mail_, on this the _20th_ day of _January_ 20_16_, at the following address:

Caliber Jet LLC
30700 Center Ridge Road
Westlake, Ohio 44145

_/s/ W. Rakestraw_
W. Vincent Rakestraw (0021958)