# EXHIBIT A-7

## IN THE COURT OF COMMON PLEAS
## CLARK COUNTY, OHIO

Spectra Jet, Inc.,

        Plaintiff,

    vs.

Caliber Jet LLC, et al.

        Defendants.

Case No.: 14 CV 0764

Judge: Hon. Richard J. O'Neill

## ENTRY

This cause came before the Court pursuant to Plaintiff's Motion for Default Judgment. The Court, being fully advised of the circumstances, finds the unopposed Motion to be well taken and for good cause shown, hereby grants Plaintiff's Motion for Default Judgment.

**IT IS SO ORDERED.**

**FINAL
APPEALABLE ORDER**

CLERK TO SERVE ALL PARTIES
BY ORDINARY MAIL
CIV. R. 58

JUDGE Richard J. O'Neill

RON VINCENT CLERK
COMMON PLEAS COURT
CLARK COUNTY OHIO

2015 SEP -2 PM 3: 14

FILED

JOURNALIZED
SEP 0 8 2015
RON VINCENT
CLERK OF COURTS

CERTIFIED COPY
Aug 5 , 16 Certified a
Entry Filed Sep 2 ,15
Clerk
Common Pleas Court, Clark County Ohio
By Denise Ward Deputy