# EXHIBIT A-9

IN THE COURT OF COMMON PLEAS
CLARK COUNTY, OHIO

Spectra Jet, Inc.,

Plaintiff,

vs.

Caliber Jet LLC, et al.

Defendants.

Case No.: 14 CV 0764

Judge: Hon. Richard J. O'Neill

## ACCOUNT AFFIDAVIT

State of Ohio, County of Clark, ss:

Now comes W. Vincent Rakestraw, being first duly cautioned and sworn, deposes and states as follows:

1. I am the attorney for plaintiff in the above-entitled action.

2. The proper amount of damages for default judgment against the Defendant is $136,925.97.

3. $136,925.97 was calculated using the $130,987.54 principle amount found in Plaintiff's exhibit A, the three percent (3%) per annum interest rate allowed by law, and compounding period between December 16, 2013 and today, June 1, 2015.

4. The stipulated amount of attorney fees is equal to a third (1/3) of the total amount of damages or $45,641.99.

5. The total amount of award resulting from a default judgment is the combination

CERTIFIED COPY
Aug 5, 16, Certified a
Affidavit Filed June 4, 15
Clerk
Common Pleas Court, Clark County Ohio
By _____, Deputy

of the aforementioned damages and reasonable attorney fees totaling an award of $182,567.96

6. Defendant has not answered or otherwise pleaded and the time to do so has not been extended.

Further, affiant sayeth naught.

*[signature]*

W. Vincent Rakestraw (0021958)
4930 Reed Road, Suite 200
Columbus, OH 43220
Telephone: (614) 457-7700
Facsimile: (614) 457-7878
*Attorney for Plaintiff*

Sworn to before me and subscribe in my presence by the said W. Vincent Rakestraw this __1st__ day of June 2015.

*[signature]*
Notary Public

BRENDA J. PINION
Notary Public, State of Ohio
My Comm. Expires 2-6-2018