# EXHIBIT A-10

IN THE COURT OF COMMON PLEAS
CLARK COUNTY, OHIO

Spectra Jet, Inc.,

    Plaintiff,

vs.

Caliber Jet LLC, et al.

    Defendants.

Case No.: 14 CV 0764

Judge: Hon. Richard J. O'Neill

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Now comes the Plaintiff, by and through undersigned counsel, for their Motion for Default Judgment pursuant to Ohio Civil Rules of Procedure 55. Plaintiff's lawsuit was officially filed with the Court on December 12, 2014 and service was perfected against Caliber Jet LLC on December 29, 2014. No answer has been filed and the Defendant is in Default.

WHEREFORE, Plaintiffs request the court enter a default judgment against Caliber Jet for the principal amount of $130,987.54, together with interest at the statutory interest rate of three percent (3%) per annum from December 16, 2013 until paid in full as to the property.

_W. Vincent Rakestraw_
W. Vincent Rakestraw (0021958)
4930 Reed Road, Suite 200
Columbus, OH 43220
Telephone: (614) 457-7700
Facsimile: (614) 457-7878
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the forgoing was served upon the following parties via regular U.S. Mail, on this the 12th day of May 2015 at the following address:

Caliber Jet LLC,
30700 Center Ridge Road
Westlake, Ohio 44145

_W. Vincent Rakestraw_
W. Vincent Rakestraw (0021958)

CERTIFIED COPY
Aug 5, 16 Certified a
Motion Filed May 21, 15
Clerk
By Denise Ward, Deputy
Common Pleas Court, Clark County Ohio