# EXHIBIT A-11

# COURT OF COMMON PLEAS CLARK COUNTY, OHIO

101 N. LIMESTONE ST/ 55 E. COLUMBIA ST.
P O BOX 1008
SPRINGFIELD, OHIO 45501
(937)521-1680

## FAILURE OF SERVICE NOTICE

**CASE NO. 14CV0764**
**CAPTION: SPECTRA JET INC vs. CALIBER JET LLC et al**

TO:  W. VINCENT RAKESTRAW
     4930 REED ROAD, SUITE 200
     COLUMBUS OH 43220

YOU ARE HEREBY NOTIFIED THAT SERVICE OF:

**COMPLAINT AND EXHIBITS**

UPON: **122LX LLC @ 159 CROCKER PARK BLVD STE 400/44145** FAILED

REASON SERVICE FAILED:

____ UNCLAIMED ____ VACANT ____ UNABLE TO FORWARD

____ DECEASED __X__ ATTEMPTED NOT KNOWN

____ NOT DELIVERABLE AS ADDRESSED

____ OTHER:

____ NEW ADDRESS GIVEN:

SERVICE ISSUED:

__X__ CERT MAIL ____ SHERIFF SERVICE ____ PROCESS SERVER

____ ORDINARY MAIL

PURSUANT TO RULE 4 THROUGH RULE 4.6 OF THE OHIO RULES OF CIVIL PROCEDURE

RONALD E. VINCENT, CLERK
CLARK COUNTY COMMON PLEAS COURT

DEPUTY CLERK   1/13/2015

*****PLEASE PROVIDE COPIES AND $20.00 PER INDIVIDUAL BEING RE-SERVED FOR ANY ADDITIONAL SERVICE****

CERTIFIED COPY
Aug 5 , 16 Certified a
Failure    Filed Jan 13 , 15
Clerk
Common Pleas Court, Clark County Ohio
By _____ Deputy

**CERTIFIED MAIL**

*ld E. Vincent, Clerk*
*County*
*Pleas Court and Court of Appeals*
*Box 1008*
*field, Ohio 45501*

7196 9008 9111 2416 7909



$ 08.24
MAILED FROM ZIPCODE 45502



RETURN TO SENDER
REASON CHECKED
— Moved, left no address
— Insufficient address
— Moved, door inaccessible
X Forwarding Order expired
— Addressee unknown



```
IXIE    132562007-1N        01/06/15
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
        RETURN TO SENDER
```

14CV0764
122LX LLC
159 CROCKER PARK BLVD STE. 400
WESTLAKE OH 44145

2015 JAN -9 PM 4:17
COMMON PLEAS COURT
CLARK COUNTY, OHIO

# COURT OF COMMON PLEAS, CLARK COUNTY, OHIO
### 101 N. LIMESTONE ST., SPRINGFIELD, OH. 45502
*************************************************************
## SUMMONS
*************************************************************

**CASE NO: 14CV0764**

**CAPTION: SPECTRA JET INC vs. CALIBER JET LLC et al**

> **TO:** 122LX LLC
> 159 CROCKER PARK BLVD., STE., 400
> WESTLAKE OH 44145

You have been named as defendant in a complaint that has been filed in the Clark County Courthouse, Court of Common Pleas, Springfield, Ohio, by plaintiff (s):

> SPECTRA JET INC
> 5826 BLUE SKY DRIVE
> SPRINGFIELD OH 45502

A copy of the **COMPLAINT WITH EXHIBIT** is/are attached hereto. The name and address of plaintiff's attorney is:

> W. VINCENT RAKESTRAW
> 4930 REED ROAD, SUITE 200
> COLUMBUS OH 43220

You are hereby summoned and required to file an answer to the complaint with the Court within twenty-eight days after service of this summons on you, exclusive of the day of service. You must also serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of this answer within three days of being filed with the Court.

If you fail to answer, appear and or defend, judgment by default will be rendered against you for the relief demanded in the complaint.

RONALD E VINCENT, CLERK OF COURTS

*Phylliss Locke*
_____
DEPUTY CLERK

12/22/2014