# EXHIBIT A-12

# COURT OF COMMON PLEAS CLARK COUNTY, OHIO

101 N. LIMESTONE ST/ 55 E. COLUMBIA ST.
P O BOX 1008
SPRINGFIELD, OHIO 45501
(937)521-1680

## FAILURE OF SERVICE NOTICE

**CASE NO. 14CV0764**
**CAPTION: SPECTRA JET INC vs. CALIBER JET LLC et al**

TO: **W. VINCENT RAKESTRAW**
**4930 REED ROAD, SUITE 200**
**COLUMBUS OH 43220**

YOU ARE HEREBY NOTIFIED THAT SERVICE OF:

**COMPLAINT AND EXHIBITS**

UPON: **MARQUIS AIR LLC @ 16192 COASTAL HWY/19958** FAILED

REASON SERVICE FAILED:

\_\_\_\_UNCLAIMED \_\_\_\_ VACANT \_\_\_\_UNABLE TO FORWARD

\_\_\_\_DECEASED \_\_\_\_ATTEMPTED NOT KNOWN

\_\_\_\_NOT DELIVERABLE AS ADDRESSED

\_X\_\_OTHER: REFUSED

\_\_\_\_NEW ADDRESS GIVEN:

SERVICE ISSUED:

\_X\_\_CERT MAIL \_\_\_\_SHERIFF SERVICE \_\_\_\_PROCESS SERVER

\_\_\_\_ORDINARY MAIL

PURSUANT TO RULE 4 THROUGH RULE 4.6 OF THE OHIO RULES OF CIVIL PROCEDURE

RONALD E. VINCENT, CLERK
CLARK COUNTY COMMON PLEAS COURT

DEPUTY CLERK    1/6/2015

*****PLEASE PROVIDE COPIES AND $20.00 PER INDIVIDUAL BEING RE-SERVED FOR ANY ADDITIONAL SERVICE****

CERTIFIED COPY
Aug 5 , 16 Certified a
failure Filed Jan 6 , 15
Clerk
Common Pleas Court, Clark County Ohio
By _____, Deputy

urt and Court of Appeals

45501

7196 9008 9111 2416 7916

closed del. min 12/29

0002010485
MAILED FROM ZIP CODE 45502

R.F.

14CV0764
MARQUIS AIR LLC
16192 COASTAL HWY

☐ UNDELIVERABLE AS ADDRESSED
☐ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY   ☐ VACANT
☐ NO SUCH NUMBER   ☒ REFUSED
☐ NO SUCH STREET   ☐ DECEASED
☐ IN DISPUTE   ☐ ILLEGIBLE

RETURN TO SENDER

2015 JAN -2 PM 12:52

| | |
|---|---|
| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
| ‖7196 9008 9111 2416 7916‖ | A. Received by (Please Print Clearly)    B. Date of Delivery |
| 7196 9008 9111 2416 7916 | C. Signature <br> X    ☐ Agent   ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL™ | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to: <br><br> MARQUIS AIR LLC <br> 16192 COASTAL HWY <br> LEWES DE  19958 <br> 14CV0764 | |

PS Form 3811, January 2005     Domestic Return Receipt

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service
Thank you for using Return Receipt Service

# COURT OF COMMON PLEAS, CLARK COUNTY, OHIO
101 N. LIMESTONE ST., SPRINGFIELD, OH. 45502

****************************************************************

## SUMMONS

****************************************************************

**CASE NO: 14CV0764**

**CAPTION: SPECTRA JET INC vs. CALIBER JET LLC et al**

TO: MARQUIS AIR LLC
16192 COASTAL HWY
LEWES DE 19958

You have been named as defendant in a complaint that has been filed in the Clark County Courthouse, Court of Common Pleas, Springfield, Ohio, by plaintiff (s):

SPECTRA JET INC
5826 BLUE SKY DRIVE
SPRINGFIELD OH 45502

A copy of the **COMPLAINT WITH EXHIBIT** is/are attached hereto. The name and address of plaintiff's attorney is:

W. VINCENT RAKESTRAW
4930 REED ROAD, SUITE 200
COLUMBUS OH 43220

You are hereby summoned and required to file an answer to the complaint with the Court within twenty-eight days after service of this summons on you, exclusive of the day of service. You must also serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of this answer within three days of being filed with the Court.

If you fail to answer, appear and or defend, judgment by default will be rendered against you for the relief demanded in the complaint.

RONALD E VINCENT, CLERK OF COURTS

*Phyllis Locke*
DEPUTY CLERK

12/22/2014