# EXHIBIT A-13

| | |
|---|---|
| 2. Article Number<br><br>7196 9008 9111 2416 7923<br><br>3. Service Type  **CERTIFIED MAIL™**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br><br>CALIBER JET LLC<br>30700 CENTER RIDGE ROAD<br>WESTLAKE OH  44145<br>14CV0764 | COMPLETE THIS SECTION<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>12-24<br>C. Signature<br>X ―――――――  ☐ Agent<br>  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2014 DEC 29 PM 4:17 |

PS Form 3811, January 2005        Domestic Return Receipt

CERTIFIED COPY
Aug 5 _____, 16 Certified a
Cert Mail Ret. Filed Dec 29, 14
_____ Clerk
By Denise Ward, Deputy
Common Pleas Court, Clark County Ohio