# EXHIBIT A-14

# IN THE COURT OF COMMON PLEAS
## CLARK COUNTY, OHIO

Spectra Jet, Inc.,
5826 Blue Sky Drive
Springfield, Ohio 45502

    Plaintiff,

vs.

Caliber Jet LLC, *et al.*,
30700 Center Ridge Road
Westlake, Ohio 44145,

Case No.: **14-CV-0764**

Judge:

Magistrate:

*original*

**PRAECIPE**

To the CLERK OF COURTS:

    Please serve Plaintiff's Complaint by certified mail to the defendants at the following addresses:

    Caliber Jet LLC
    30700 Center Ridge Road
    Westlake, Ohio 44145

    Marquis Air LLC
    16192 Coastal Hwy.
    Lewes, DE ~~44145-8147~~ *19958-3108*

    122LX LLC
    159 Crocker Park Blvd., Ste. 400
    Westlake, OH 44145-8147

*/s/ W. Vincent Rakestraw*
W. Vincent Rakestraw (0021958)
4930 Reed Road, Suite 200
Columbus, Ohio 43220
Telephone: (614) 457-7700
Facsimile: (614) 457-7878
Attorney for Plaintiff

Issued: 12-22-14
Postage $24.72

CERTIFIED COPY
Aug 5, 16 Certified a
Service Praecipe Filed Dec 22, 14
Clerk
Common Pleas Court, Clark County Ohio
By _____, Deputy

3x 8.24

# COURT OF COMMON PLEAS, CLARK COUNTY, OHIO
### 101 N. LIMESTONE ST., SPRINGFIELD, OH. 45502
*************************************************************
## SUMMONS
*************************************************************

**CASE NO: 14CV0764**

**CAPTION: SPECTRA JET INC vs. CALIBER JET LLC et al**

**TO:   File Copy**

You have been named as defendant in a complaint that has been filed in the Clark County Courthouse, Court of Common Pleas, Springfield, Ohio, by plaintiff (s):

**SPECTRA JET INC
5826 BLUE SKY DRIVE
SPRINGFIELD OH  45502**

A copy of the **COMPLAINT AND EXHIBIT** is/are attached hereto. The name and address of plaintiff's attorney is:

**W. VINCENT RAKESTRAW
4930 REED ROAD, SUITE 200
COLUMBUS OH  43220**

You are hereby summoned and required to file an answer to the complaint with the Court within twenty-eight days after service of this summons on you, exclusive of the day of service. You must also serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of this answer within three days of being filed with the Court.
   If you fail to answer, appear and or defend, judgment by default will be rendered against you for the relief demanded in the complaint.

                                    **RONALD E VINCENT, CLERK OF COURTS**
                                    _____
                                    **DEPUTY CLERK**

**12/22/2014**



122LX LLC
159 CROCKER PARK BLVD., STE., 400
WESTLAKE OH 44145

Certified Article Number
7196 9008 9111 2416 7909
SENDERS RECORD

CALIBER JET LLC
30700 CENTER RIDGE ROAD
WESTLAKE OH 44145

Certified Article Number
7196 9008 9111 2416 7923
SENDERS RECORD

MARQUIS AIR LLC
16192 COASTAL HWY
LEWES DE 19958

Certified Article Number
7196 9008 9111 2416 7916
SENDERS RECORD