# EXHIBIT B-1



Orange County Clerk - Court Records Search

2016-CA-002577-O : SPECTRA JET, INC vs. CALIBER JET LLCet al.

| | | | |
|---|---|---|---|
| Case Type: | CA - Enforce Foreign Judgment (Out of State) | Date Filed: | 3/24/2016 |
| Location: | Div 39 | UCN: | 482016CA002577A001O |
| Judge: | John Marshall Kest | Status: | Closed - Non SRS |
| Citation Number: | CA - Enforce Foreign Judgment (Out of State) | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| SPECTRA JET, INC | Plaintiff | W RAKESTRAW | 614-457-7700 |
| CALIBER JET LLC | Defendant | PRESTON FIELDS | 561-799-9910 |
| 122LX, LLC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|
| | | | | | |

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 8/3/2016 | Notice Appearance of Counsel | 2 |
| 6/7/2016 | Execution Issued | 1 |
| | Comments: E-Mailed to Atty. | |
| 5/4/2016 | Correspondence | 1 |
| | Comments: Proposed Writ of Execution may not be issued. | |
| 4/28/2016 | Correspondence | 1 |
| | Comments: Proposed Writ of Execution may not be issued- Mailed to Atty. | |
| 4/8/2016 | Certified Mail Receipt | 1 |
| 3/24/2016 | Return Letter for Insufficient Funds | 1 |
| 3/24/2016 | Notice of Recording Foreign Judgment | 1 |
| | Comments: ORIG TO FILE, COPY TO ATTY, REGISTERED MAIL TO DEFENDANT) | |
| 3/24/2016 | Affidavit in Support of Foreign Judgment | 2 |
| | Comments: Copy to recording | |
| 3/24/2016 | Letter | 1 |
| 3/24/2016 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|
| | | | | |

| Financial | | | |
|---|---|---|---|
| Date | Description | Payer | Amount |
| 3/24/2016 | Transaction Assessment | | 400.00 |
| 3/24/2016 | Transaction Assessment | | -400.00 |
| 3/24/2016 | Transaction Assessment | | 62.64 |
| 3/24/2016 | Payment | RAKESTRAW, W VINCENT, Esquire | -62.64 |
| 4/5/2016 | Transaction Assessment | | 62.64 |
| 4/5/2016 | Payment | RAKESTRAW, W VINCENT, Esquire | -62.64 |
| | | Balance Due: | 0.00 |

| Bonds | | | |
|---|---|---|---|
| Description | Status Date | Bond Status | Amount |

| Warrants | | | | | |
|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |