# EXHIBIT B-2

IN THE CIRCUIT COURT
NINTH JUDICIAL CIRCUIT
ORANGE COUNTY, FLORIDA

CASE NO.: 2016-CA-002577-O

SPECTRA JET, INC.,

    Plaintiff,

vs.

CALIBER JET, LLC,

    Defendant.

_____/

### PRESTON J. FIELDS, P.A.'S NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AND DESIGNATION OF E-MAIL ADDRESS

The Undersigned, on behalf of Preston J. Fields, P.A., does hereby enter his appearance on behalf of Defendant, CALIBER JET, LLC, in this matter, and requests that copies of all future pleadings, motions, and filing be served on said Firm.

Pursuant to Fla.R.Jud.Admin 2.516, the following e-mail addresses are designated for the purpose of service of all documents under said rule: pfields@fields-law.com and tdutily@fields-law.com.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Mail to W. Vincent Rakestraw, Esquire, 4930 Reed Road, Suite 200, Columbus, Ohio 43220, vrakestraw@aol.com on this 03rd day of August, 2016.

        **PRESTON J. FIELDS, P.A.**
Attorneys for Defendant
11211 Prosperity Farms Road, Suite C-301
Palm Beach Gardens, Florida 33410
Telephone: (561) 799-9910
Facsimile:  (561) 799-0388

**/s/ Preston J. Fields, Sr.**
PRESTON J. FIELDS, SR.
Florida Bar Number:  0867616
E-mail: pfields@fields-law.com

[511-001/182991/1]