# EXHIBIT B-3

Filing # 40903155 E-Filed 04/29/2016 02:25:58 PM

# COURT, ORANGE COUNTY, FLORIDA
# CIVIL DIVISION

UCN:             REF:

Plaintiff(s),

vs.

Defendant(s)

## EXECUTION

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

    WHEREAS JUDGMENT WAS ENTERED IN FAVOR OF

    YOU ARE COMMANDED TO LEVY ON THE PROPERTY SUBJECT TO EXECUTION OF

IN THE SUM OF $       ; WITH INTEREST AT     % A YEAR FROM                  ,
UNTIL PAID AND TO HAVE THIS WRIT BEFORE THE COURT WHEN SATISFIED.

DATED:

**TIFFANY MOORE RUSSELL**
Clerk of the Circuit Court

By:_____
       Deputy Clerk
Civil Division
425 N. Orange Avenue
Room 310
Orlando, Florida 32801

(SEAL)

Rev 3/2009