# EXHIBIT B-4



**Tiffany M. Russell**
Clerk of the Circuit and County Courts
Orange County • Florida

Civil Division

May 04, 2016

RE:  SPECTRA JET, INC vs. CALIBER JET LLCet al.

CASE NO.: 2016-CA-002577-O

W VINCENT RAKESTRAW, Esquire
4930 Reed Rd
Columbus OH  43220

In reply to the above entitled cause, this is to advise you that:

☐ We are returning the enclosed pleadings for the following reason:

☒ **In order to be able to issue the proposed Writ of Execution we need a <mark>dated</mark> Final Judgment. Please re-submit you proposed writ with the required document**.

☐ The fee for searching the index for records is $2.00 per year for each year searched.

☐ A search of our index from         to         does/does not reveal any record of:

☐ We are unable to issue the Alias/Pluries Notice to Appear. The original Notice to Appear with affidavit of service must be filed with our office. If the original cannot be found an affidavit of lost original needs to be submitted.

☐ The defendant's name on the motion for default must match the name listed on the complaint and summons. This includes aka, dba, etc. You may ask the Judge to enter a default on any pleadings that the name is listed differently.

☐ Fee for copies is $1.00 per page and $2.00 for certification. Your total cost is $_____.

☐ Other:

☐ Please submit your Proposed documents through ePortal.

Tiffany Moore Russell
Clerk of the Court

By
Deputy Clerk



425 North Orange Avenue • Post Office Box 4994 • Orlando, Florida 32802-4994 • TEL 407-836-2000