# EXHIBIT B-6

2016·CA·2577

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CALIBER JET LLC
30700 CENTER RIDGE RD
WESTLAKE, OH 44145

9590 9403 0731 5196 5027 58

2. Article Number (Transfer from service label)
RE 579 721 751 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Asperite    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
KAREN DSPIRITU         4-4-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt