# EXHIBIT B-7



**Tiffany M. Russell**
Clerk of the Circuit and County Courts
Orange County • Florida

Civil Division

March 24, 2016

RE: SPECTRA JET, INC vs. CALIBER JET LLCet al.

CASE NO.: 2016-CA-002577-O

W VINCENT RAKESTRAW, Esquire
4930 Reed Rd
Columbus OH 43220

In reply to the above entitled cause, this is to advise you that:

<u>We are returning the enclosed pleadings for the following reason:</u>

[X] Please forward money order, cashier's check, or personal check payable to Clerk of the County Court

[X] Other: Enclosed is the Notice of Recording Foreign Judgment in regards to the case above. The amount to send the information to the defendants is $62.64/defendant. We've processed and submitted out the information to Spectra Jet but pending Caliber Jet until payment has been received for that one defendant.



Tiffany Moore Russell
Clerk
By K_____
Deputy Clerk

@ myorangeclerk.COM

425 North Orange Avenue • Post Office Box 4994 • Orlando, Florida 32802-4994 • TEL 407-836-2000