# EXHIBIT B-8

IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY FLORIDA

Case Number: 2016-CA-002577-O

SPECTRA JET, INC
Plaintiff(s)
Vs.

CALIBER JET LLC
Defendant(s)

## NOTICE OF RECORDING FOREIGN JUDGMENT

To: CALIBER JET LLC
30700 CENTER RIDGE ROAD
WESTLAKE OH 44145

Pursuant to section 55.505, Florida Statues (Supp. 1994), you are hereby notified that a foreign judgment from the State of OHIO has been filed with the Clerk of the Courts and has been submitted for recording in the public records of Orange County, Florida. The domesticated foreign judgment has been assigned this Court's case number of 2016-CA-002577-O and has been assigned to John Marshall Kest.

The name and address of the plaintiff is:
Spectra Jet, Inc,
No Known Address

The name and address of the judgment creditor's attorney, if any, is:
W. Vincent Rakestraw
4930 Reed Road Ste 200 Columbus Oh 43220

Dated: 3/24/2016
Tiffany Moore Russell
Clerk of the Court, Orange County, Florida

By: _____
Deputy Clerk

I hereby certify that a true and correct copy of this Notice of Recording Foreign Judgment was sent by registered mail, with return receipt requested to the Defendant and by U.S. Mail to the Plaintiffs Attorney.

Dated: 3/24/2016
Tiffany Moore Russell
Clerk of the Court, Orange County, Florida

By: _____
Deputy Clerk