# EXHIBIT B-9

2016 CA 2577

# AFFIDAVIT

State of Florida,
County of Orange, ss:

I, W. Vincent Rakestraw, being first duly cautioned and sworn, state as follows:

1. I, W. Vincent Rakestraw, at all times relevant, was the attorney representing Plaintiff, Spectra Jet, Inc. My current address is 4930 Reed Road, Ste. 200, Columbus, Ohio 43220.

2. Plaintiff, Spectra Jet, Inc., has a judgment in Clark County, Ohio, Case No: 14 CV 0764, against Defendants, Caliber Jet LLC, Marquis Air LLC, and 122LX, LLC for the amount of $130,987.54.

3. Defendants, Caliber Jet LLC, and 122LX, LLC, own or have an interest in a Lear 55 Caliber Jet, N122LX.

4. Plaintiff has a secured interest in the form of an Aircraft Mechanic's Lien with the Federal Aviation Administration against the Lear 55 Caliber Jet, N122LX, for the outstanding $130,987.54 debt.

5. The Lear 55 Caliber Jet, N122LX, is currently housed in Orange County at the Orlando International Airport, 4219 Lindy Circle, Orlando, Florida 32827.

6. The last known addresses of Defendant, Caliber Jet LLC, are 1437 General Aviation Drive, Hangar #12, Melbourne, Florida 32901, 1803 Park Center, Suite 200, Orlando, Florida 32835, and 30700 Center Ridge Road, Westlake, Ohio 44145.

7. The last known address of Defendant, 122LX, LLC, is 159 Crocker Park Blvd., Ste. 400, Westlake, Ohio 44145.

FURTHER AFFIANT SAYETH NAUGHT.

_W. Vincent Rakestraw_
Affiant

Sworn and subscribed in my presence this 23rd day of March, 2016.

_Brenda J. Pinion_
Notary Public

BRENDA J. PINION
Notary Public, State of Ohio
My Comm. Expires Feb. 6, 2018

2016 CA 2577

# IN THE CLARK COUNTY COURT OF COMMON PLEAS, OHIO
## CIVIL DIVISION

SPECTRA JET, INC.,

    PLAINTIFF,

VS.

CALIBER JET LLC, ET AL.,

    DEFENDANT.

CASE NO.: 14 CV 0764

JUDGE: RICHARD J. O'NEILL

## AMENDED ORDER AND ENTRY FOR DEFAULT JUDGMENT

Upon due consideration, the Court finds that Plaintiff's Motion for Default Judgment is well taken, and that the Defendant has failed to file an answer or otherwise defend this case, and that the Defendant is therefore in default. Accordingly, it is hereby ordered that Plaintiff's Motion for Default Judgment is GRANTED as to each count of the complaint.

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff recover against Defendant for the sum of $130,987.54, plus court costs and plus interest thereon at the statutory rate of 3% from the date of this Entry.

FINAL APPEALABLE ORDER

_____
DATE

_____
RICHARD J. O'NEILL, JUDGE

CERTIFIED COPY
MAR 17 2016
Order Filed 3/14, 2016
Clerk
Common Pleas Court, Clark County Ohio
By _____ Deputy

JOURNALIZED
MAR 17 2016
RON VINCENT
CLERK OF COURTS