# EXHIBIT B-10

2016 CA 2577

# W. VINCENT RAKESTRAW
### Attorney at Law

Telephone 614-457-7700
Facsimile 614-457-7878

4930 Reed Road, Suite 200
Columbus, Ohio 43220

Admitted to Practice in
Ohio, Florida and
The District of Columbia

*FILED IN OFFICE CIVIL DIV. 2016 MAR 24 PM 12:32 CLERK CIRCUIT COURT ORANGE CO. FL*

Orange County Clerk of Courts
425 N. Orange Ave., Room 310
Orlando, Florida 32801

March 23, 2016

RE: Spectra Jet, Inc. v. Caliber Jet, LLC

Dear Sir or Madam:

My client, Spectra Jet, Inc. obtained a default judgment against Caliber Jet LLC, Marquis Air LLC, and 122LX, LLC in the Clark County Common Pleas Court in Springfield, Ohio. In that regard, I am enclosing a certified copy of the default judgment against Caliber Jet LLC, et al., for filing with your office. Also enclosed is my affidavit in support of the default judgment, as well as my check in the amount of $62.64 to cover the filing fees.

Please domesticate the foreign judgment with your office and return available time-stamped copies in the enclosed, self-addressed, stamped envelope.

Thank you for your prompt attention to this request, and please contact me if you have any questions.

Sincerely,

W. Vincent Rakestraw

WVR:dlm