# EXHIBIT C



PROPERTY, TO WIT:

GATES LEAR JET MODEL 55 AIRCRAFT – SERIAL NO.:030- US REG. NO.:N122LX WITH ALL MAINTENANCE AND FLIGHT LOG BOOKS

AND AT PUBLIC AUCTION TO BE HELD ON THE 23RD DAY OF AUGUST, 2016, AT THE HOUR OF 11:00 A.M., OR AS SOON THEREAFTER AS POSSIBLE, AT 3186 AIRMANS DRIVE LOCATED AT ST. LUCIE COUNTY INTERNATIONAL AIRPORT - 3000 CURTIS KING BLVD FORT PIERCE, FLORIDA, I WILL OFFER FOR SALE TO THE HIGHEST BIDDER FOR CASH OR CASHIERS CHECK IN HAND, ALL THE RIGHT, TITLE AND INTEREST OF THE DEFENDANT, CALIBER JET LLC & 122LX LLC IN AND TO THE AFORESAID PERSONAL PROPERTY, SUBJECT TO TAXES, ALL PRIOR LIENS, ENCUMBRANCES, AND JUDGMENTS, IF ANY. THE PROCEEDS TO BE APPLIED AS FAR AS MAY BE TO THE PAYMENT OF COSTS AND THE SATISFACTION OF THE ABOVE DESCRIBED EXECUTION. PROPERTY WILL BE AVAILABLE FOR VIEWING ON TUESDAY, AUGUST 2, 2016, 10:00AM-12:00PM AND TUESDAY, AUGUST 16, 2016, 10:00AM-12:00PM.

KEN J. MASCARA, SHERIFF
LUCIE COUNTY, FLORIDA
BY: Sgt. Grant King ID#173
DEPUTY SHERIFF
NOTICE