UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-14354-ROSENBERG/LYNCH

122LX, LLC, a Delaware limited liability company )
)
)
Plaintiff, )
v. )
)
SPECTRA JET, INC., an Ohio corporation, )
and )
THE ST. LUCIE COUNTY SHERIFF'S OFFICE, )
)
)
Defendants. )

**ORDER ON PLAINTIFF'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF DOCUMENTS OFFERED IN SUPPORT OF PLAINTIFF'S AMENDED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE is before the Court on Plaintiff's Request for the Court to Take Judicial Notice of Documents Offered in Support of Plaintiff's Amended Emergency Motion for Preliminary Injunction [ECF No. _____], filed herein on August 19, 2016. The Court has considered the Request and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Request for Judicial Notice [ECF No. _____] is hereby GRANTED; and

2. The Court, in accordance with Federal Rule of Evidence 201, hereby takes judicial notice of:

 (a) clerk's docket report, all pleadings, and all other documents filed in *Spectra Jet Inc. v. Caliber Jet LLC,* Case No.:14CV-0764, Court of Common Pleas,

Clark County Ohio, certified copies of which are attached as Exhibits A-1 – A-15 to ECF No. ____ and described below as:

| Exhibit | Description of Documents |
|---|---|
| A-1 | Ohio Clerk's Docket Report |
| A-2 | 2016-08-05 Receipt to Berger Singerman LLP for Certified copies of court file |
| A-3 | 2016-03-14 Amended Order and Entry for Default Judgment |
| A-4 | 2016-03-04 Plaintiff's Motion to Amend Default Judgment Entry |
| A-5 | 2016-02-01 Order to Allow Sheriff to Forcibly Enter Property |
| A-6 | 2016-01-26 Request for Order to Allow Sheriff to Forcibly Enter Property |
| A-7 | 2015-09-02 Entry (Order Granting Plaintiff's Motion for Default Judgment) |
| A-8 | 2015-08-19 Account Affidavit of Michael Catherwood |
| A-9 | 2015-06-04 Account Affidavit of W. Vincent Rakestraw, Esq. |
| A-10 | 2015-05-21 Plaintiff's Motion for Default Judgment |
| A-11 | 2015-01-13 Failure of Service Notice (122LX, LLC) |
| A-12 | 2015-01-06 Failure of Service Notice (Marquis Air, LLC) |
| A-13 | 2014-12-29 Certified Mail Return Receipt to Caliber Jet, LLC |
| A-14 | 2014-12-22 Praecipe |
| A-15 | 2014-12-17 Complaint |

(b)   clerk's docket report, all pleadings, and all other documents filed in *Spectra Jet Inc. v. Caliber Jet LLC,* Case No.: 2016-CA-002577, County Court of the

2

Ninth Judicial Cicuit in and for Orange County, Florida, attached as Exhibits B-1 – B-10 to ECF No. \_\_\_\_ and described below as:

| Exhibit | Description of Documents |
|---|---|
| B-1 | Florida Clerk's Docket Report |
| B-2 | 2016-08-03 Preston J. Fields' Notice of Appearance on behalf of Defendant [Caliber Jet] and Designation of E-Mail Address |
| B-3 | 2016-06-07 Execution Writ [to levy property of Caliber Jet] |
| B-4 | 2016-05-04 Correspondence of Clerk to Rakestraw re proposed Writ may not be issued |
| B-5 | 2016-04-28 Correspondence of Clerk to Rakestraw re Proposed Writ may not be issued |
| B-6 | 2016-04-08 Certified Mail Receipt addressed to Caliber Jet |
| B-7 | 2016-03-24 Return Letter for Insufficient Funds |
| B-8 | 2016-03-24 Notice of Recording Foreign Judgment |
| B-9 | 2016-03-24 Affidavit in Support of Foreign Judgment |
| B-10 | 2016-03-24 Letter to clerk transmitting documents |

(c)     The newspaper clipping of the date and time of public sale, which is attached as Exhibit C to ECF No. \_\_\_\_.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this \_\_\_\_\_ day of August, 2016.

_____
ROBIN L. ROSENBERG
United States District Judge