# Jon Husted
## Ohio Secretary

Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

## Business Filing Portal

your BUSINESS begins here

Print this report

## Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 1978444 |
| Business Name | CALIBER JET LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 11/19/2010 |
| Expiry Date | |
| Location: | County:           State: |

| Incorporator Information |
|---|
| WILLIAM E. PAPPAS |

| Filings | | |
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO. | 11/19/2010 | 201032700734 |
| AGENT RESIGNATION/LIMITED/LIABILITY/PARTNERS | 03/12/2015 | 201507501636 |


DEFENDANT'S EXHIBIT H

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
## WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

| Corporate Inquiry | |
|---|---|
| **File Number**<br>R18813847 | **Corporation Name**<br>CALIBER JET LLC |
| **Domestic Address** | |
| 15290 78TH WAY STE 101<br>SCOTTSDALE, AZ 85260 | |
| **Foreign Address** | |
| % NATIONAL REGISTERED AGENTS<br>1300 E NINTH ST<br>CLEVELAND, OH 44114 | |
| **Statutory Agent Information** | |
| Agent Name:   NATIONAL REGISTERED AGENTS IN<br>Agent Mailing/Physical Address:<br>3800 N CENTRAL AVE SUITE 460<br>PHOENIX, AZ 85012<br>Agent Physical Address:<br>3800 N CENTRAL AVE SUITE 460<br>PHOENIX, AZ 85012<br>Agent Status:  APPOINTED 11/08/2013<br>Agent Last Updated:  06/23/2015 | |
| **Additional Entity Information** | |
| Entity Type:  FOREIGN L.L.C.<br>Incorporation Date:  11/8/2013<br>Domicile:  OHIO<br>Approval Date:  11/13/2013 | Buiness Type:<br>Corporation Life Period:  PERPETUAL<br>County:  MARICOPA<br>Original Publish Date: |



DEFENDANT'S EXHIBIT B

Arizona Corporation Commission

Page 1 of 2

8/18/2016 4:02:07 PM

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
# WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

## Manager/Member Information

| Name | Title | Address | Date Taking Office | Last Updated |
|---|---|---|---|---|
| JOHN DEPALMA | MEMBER | 261 CROCKER PARK BLVD STE 212<br>WESTLAKE, OH 44145 | 10/23/2013 | 11/13/2013 |
| JOHN DEPALMA | MANAGER | 261 CROCKER PARK BLVD STE 212<br>WESTLAKE, OH 44145 | 10/23/2013 | 11/13/2013 |
| NATHAN RACIBORSKI | MEMBER | % WILLIAM PAPPAS<br>30700 CENTER RIDGE RD<br>WESTLAKE, OH 44145 | 10/23/2013 | 11/13/2013 |

## Scanned Documents

| Document Number | Description | Date Received |
|---|---|---|
| 05109169 | GLOBAL AGENT ADDRESS CHANGE | 05/11/2015 |
| 04328356 | APPLICATION FOR REGISTRATION FOREIGN LLC | 11/08/2013 |

## Microfilm

| Location | Entered | Description |
|---|---|---|
| 32430050033 | 11/08/2013 | APPLICATION FOR REGISTRATION OF A FOREIGN LLC |

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
## WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

### Corporate Inquiry

| File Number | Corporation Name |
|---|---|
| L15830566 | CALIBER JET CHARTER, LLC |

### Domestic Address

3800 NORTH CENTRAL AVENUE
SUITE 460
PHOENIX, AZ 85012

### Statutory Agent Information

**Agent Name:** CT CORPORATION SYSTEM

**Agent Mailing/Physical Address:**
3800 NORTH CENTRAL AVENUE
SUITE 460
PHOENIX, AZ 85012

**Agent Status:** APPOINTED 03/03/2016

**Agent Last Updated:** 03/09/2016

### Additional Entity Information

**Entity Type:** DOMESTIC L.L.C.
**Incorporation Date:** 2/16/2010
**Domicile:** ARIZONA
**Approval Date:** 2/23/2010

**Buiness Type:**
**Corporation Life Period:** PERPETUAL
**County:** MARICOPA
**Original Publish Date:** 4/20/2010

### Manager/Member Information

| Name | Title | Address | Date Taking Office | Last Updated |
|---|---|---|---|---|
| JOHN V DEPALMA | MANAGER | 29550 DETROIT RD SUITE 300 WESTLAKE, OH 44145 | 05/10/2016 | 06/08/2016 |



DEFENDANT'S EXHIBIT C

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
## WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

### Scanned Documents

| Document Number | Description | Date Received |
|---|---|---|
| 05483874 | AMENDMENT | 05/10/2016 |
| 05411462 | AMENDMENT | 03/03/2016 |
| 05337122 | AMENDMENT | 01/12/2016 |
| 05002753 | CERTIFICATE OF REINSTATEMENT | 12/30/2014 |
| 04910423 | CHANGE(S) | 12/23/2014 |
| 04557615 | MAIL RETURNED/NOTIFICATION LETTER | 01/27/2014 |
| 04455766 | MAIL RETURNED/NOTIFICATION LETTER | 08/19/2013 |
| 04362734 | AGENT RESIGNATION | 07/31/2013 |
| 03138711 | PUB OF ARTICLES OF ORGANIZATION | 04/20/2010 |
| 03063278 | AMENDMENT | 03/11/2010 |
| 03037397 | ARTICLES OF ORGANIZATION | 02/16/2010 |

### Notices of Pending Administrative Dissolution

| Date | Reason |
|---|---|
| 11/04/2013 | DELINQUENT STATUTORY AGENT |

### Administrative Dissolutions and Reinstatements

| Administrative Dissolutions Date | Administrative Dissolutions Reason | Reinstatement Date |
|---|---|---|
| 01/08/2014 | AD-DISSOLVED - MAINTAIN STAT AGENT | 1/8/2014 12:00:00 AM |

### Microfilm

| Location | Entered | Description |
|---|---|---|
| 32370010023 | 01/27/2014 | MAIL RETURNED/NOTIFICATION LETTER |
| 32366008005 | 08/19/2013 | MAIL RETURNED/NOTIFICATION LETTER |
| 32415032036 | 07/31/2013 | AGENT RESIGNATION |
| 32222017026 | 04/20/2010 | PUB OF ARTICLES OF ORGANIZATION |
| 32216036032 | 03/11/2010 | AMENDMENT |
| 32213097048 | 02/16/2010 | ARTICLES OF ORGANIZATION |

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
## WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

| Amendments | | | |
|---|---|---|---|
| Amendment Date | Amendment Type | Publish Date | Publish Exception |
| 05/10/2016 | AMENDMENT | | WAIVE |
| 03/03/2016 | AMENDMENT | | WAIVE |
| 01/12/2016 | AMENDMENT | | WAIVE |
| 03/03/2010 | AMENDMENT | | WAIVE |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 122LX, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:16-cv-14354-RLR |
| | ) |
| v. | ) |
| | ) |
| Spectra Jet, Inc., and | ) |
| | ) |
| The St. Lucie County Sheriff's Office, | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF JOHN V. DEPALMA IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY INJUNCTION

I, John V. DePalma, do state and declare as follows pursuant to 28 U.S.C. §1746:

1) My name is John V. DePalma. I am over twenty-one (21) years of age and competent to make this Declaration. I make this Declaration based upon my own personal knowledge, my review of information contained in the public record and the corporate books and records of the relevant corporations.

2) I am the manager and Director of Operations of Caliber Jet Charter, LLC ("Caliber Jet Charter"), an Arizona limited liability corporation.

3) Caliber Jet Charter is owned 50% by me and 50% by Nathan Raciborski.

4) Caliber Jet Charter is in the business of operating and managing aircraft owned by others. Caliber Jet Charter does not own any aircraft.

5) Caliber Jet, LLC ("Caliber"), an Ohio limited liability company, was previously in the business of managing aircraft, and is now defunct. Caliber was owned by

7306940



Nathan Raciborski. True and accurate copies of the corporate filings for Caliber are attached hereto as composite Exhibit "A."

6) Caliber and Caliber Jet Charter are two separate and distinct entities, registered in different states.

7) I am the manager of 122LX, LLC ("122LX"). 122LX is a separate and distinct entity from Caliber Jet Charter and Caliber. 122LX is a Delaware limited liability company and is owned 100% by Nathan Raciborksi and his wife. Mr. and Mrs. Raciborski are residents of Wyoming.

8) The sole asset of 122LX is a Lear Jet, Model 55, Serial #30 (the "Jet"). The Jet was purchased from Southaire, Inc. on February 1, 2012. A true and accurate copy of the Bill of Sale to 122LX for the Jet is attached hereto as Exhibit "B." The Jet is used for charter flights throughout the United State and abroad.

9) Caliber Jet Charter is the management company that has contracted to manage the operation of the Jet. It holds no ownership interest in the Jet. True and accurate copies of the management agreements between 122LX and Caliber Jet Charter are attached hereto as composite Exhibit "C."

10) From April 6, 2012 through April 30, 2015, the Jet was registered to 122LX C/O Caliber Jet, 159 Crocker Park Boulevard, Suite 400, Westlake, Ohio 44145-1994. A true and accurate copy of the Federal Aviation Administration ("FAA") registration is attached hereto as Exhibit "D."

11) The FAA registration reflects that the Jet is owned by 122LX and references that the registration is "care of Caliber Jet" as an administrative matter for the day-to-day management of the Jet.

12) The Jet is now registered to 122LX C/O Caliber Jet, 29550 Detroit Road,

7306940

Westlake, Ohio 44145-1994. A true and accurate copy of the current FAA registration is attached hereto as Exhibit "E."

13) 122LX has never maintained its address at either 29550 Detroit Road, Westlake, Ohio 44145-1994 or 159 Crocker Park Boulevard, Suite 400, Westlake, Ohio 44145-1994. As a Delaware limited liability company, 122LX's business address is and was at all relevant times: One Commerce Center, 1202 Orange St., #600, Wilmington, DE, 19899. A true and accurate copy of the Delaware Department of State: Division of Corporations information on 122LX is attached hereto as Exhibit "F."

14) The registered agent for 122LX is and was at all relevant times: Incorp Services, Inc., 919 North Market Street, Suite 425, Wilmington, DE 19801. See, Exhibit "F."

15) Spectra Jet, Inc., the Defendant in this matter, brought an action against 122LX, Caliber Jet, LLC and Marquis Air, LLC before the court in Clark County, Ohio Common Pleas, Case No. 14 CV 0764 (the "Ohio Matter") seeking recovery for the amount of unpaid repair invoices for the Jet. Marquis Air, LLC ("Marquis") is unrelated to this matter and owns a separate aircraft.

16) 122LX was not served with any document in the Ohio Matter. Marquis was not served with any document in the Ohio Matter. No other attempts at service are reflected on the docket for the Ohio Matter. A true and accurate copy of the docket referencing the failure of service against 122LX and Marquis as well as certified copies of the returned certified mail and notice to attorney for failure of service are attached hereto as composite Exhibit "G."

17) Counsel for Spectra Jet, Inc., W. Vincent Rakestraw, moved for default judgment

7306940

against Caliber in the Ohio Matter. A true, accurate and certified copy of the Motion for Default is attached hereto as Exhibit "H." Default Judgment was entered based on Attorney Rakestraw's Motion. A true, accurate and certified copy of the Order on the Motion for Default is attached hereto as Exhibit "I."

18) No default judgment wasسought or rendered against 122LX.

19) W. Vincent Rakestraw then filed an action in Orange County, Florida to domesticate the Ohio Matter's judgment, Case No.: 2016-CA-002577 (the "Florida Matter.")

20) An Affidavit filed by Attorney Rakestraw as part of the Florida Matter falsely states under oath that Spectra Jet, Inc. has a judgment in Clark County, Ohio "against Defendants, Caliber Jet, LLC, Marquis Air, LLC and 122LX, LLC." A true and accurate copy of the Affidavit is attached hereto as Exhibit "J." There was no Judgment entered against 122 LX in the Ohio Matter.

21) The Notice of Recording Foreign Judgment in the Florida Matter was addressed to Caliber Jet, LLC at 30700 Center Ridge Road, Westlake, Ohio 44145. No Notice was sent to 122LX and it is not mentioned on the face of the Notice of Recording Foreign Judgment. The only time 122LX appears on the face of any documents in the Florida Matter is in Attorney Rakestraw's Affidavit and the Writ of Execution. True and accurate copies of the Notice of Recording Foreign Judgment and Writ of Execution are attached hereto as composite Exhibit "K."

22) I sent email correspondence to Mr. John Yegerlehner, a principal of Spectra Jet. Inc., on April 13, 2016. I sent the email correspondence to inform him of the apparent attorney misconduct of Attorney Rakestraw in the Florida Matter and 122LX's counsel sent correspondence to The Honorable Richard J. O'Neill

7306940

presiding over the Ohio Matter as well. A true and accurate copy of the correspondence is attached as composite "Exhibit L."

23) Caliber Jet, LLC is and has been at all times an Ohio limited liability company completely separate from 122LX, Marquis, LLC and Caliber Jet Charter, LLC.

24) On or about June 25, 2016, at the request of 122LX, I directed the Jet to be delivered to Fort Pierce, Florida to complete what I expected to be the final repair of fuel leaks caused by the work done by Spectra Jet, Inc., and to have the aircraft completely stripped and repainted.

25) I was contacted by our paint shop provider on July 11, 2016 to notify me that the Jet was seized by the St. Lucie County Sherriff. At the time of the improper seizure, the Jet had no paint on it and its bare aluminum was exposed to the elements.

26) I know, as a Certified Aviation Manager (and it is also the opinion of the paint shop manager and the fuel leak repair facility), that with all of the paint removed from the aircraft in a highly corrosive environment by the ocean and with the wing panels open due to the fuel leak repairs that were underway, this aircraft is at great risk of significant and irreparable damage. Every day that it sits in its current state without being wiped down and without being housed in a climate controlled environment causes additional damage. The internal wings are normally sealed to the outside environment and with the panels open it is exposed to rapid corrosive agents. Additionally, Honeywell, the engine manufacturer, recommends that the engines be started every 30 days to prevent damage and corrosion and that the engine covers should be installed at all times. True and accurate copies of FAA documents reflecting aluminum's susceptibility to

corrosion, the recommendation from the manufacturer to start the Jet's engines every 30 days, the "corrosion severity zone" of Florida being severe and the FAA recommendation to inspect the aircraft every 15 days in a severe zone are attached hereto as composite Exhibit "M."

27) It is essential that the Jet is immediately returned to the possession and control of 122LX.

28) The owner of the Jet, 122LX, will be irreparably harmed if the Jet is not returned to it.

29) The Jet is scheduled for public sale on August 23, 2016 at 11:00 AM. A true and accurate copy of the newspaper ad for the sale is attached hereto as Exhibit "N."

I declare under penalty of perjury that the foregoing is true and correct.

_____
John V. DePalma

STATE OF OHIO            )
                         ) SS:
COUNTY OF CUYAHOGA  )

BEFORE ME, a Notary Public, in and for said County and State, on August 12th, 2016 did personally appear, John V. DePalma and being duly sworn upon their oaths did acknowledge the execution of the above annulment agreement as their own free act and deed and that all of the representations made therein are true and correct.

_____
Notary Public

I reside in Cuyahoga County Ohio and my commission expires 8/4/2020



7306940