UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14354-ROSENBERG/LYNCH

122LX, LLC, a Delaware limited liability company
         Plaintiff,
v.

SPECTRA JET, INC., an Ohio corporation, and THE ST. LUCIE COUNTY SHERIFF'S OFFICE,
         Defendants.
_____

## ORDER ON STIPULATION

THIS CAUSE is before the Court on the Stipulation of Settlement and Dismissal (the "Stipulation"), filed herein on October 28, 2016 [ECF No. 44]. The Court has carefully considered the Stipulation and being otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is hereby **GRANTED.**

2. The parties are hereby directed to comply with the terms of their Settlement Agreement and Mutual Release;

4. Each party to the Stipulation is directed to bear its own attorneys' fees and costs;

DONE AND ORDERED in Chambers Fort Pierce, Florida, this 31st day of October, 2016.

                                                 ROBIN L. ROSENBERG
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record